**Marsha RANNABARGAR, Respondent,**

v.

**Paul A. RANNABARGAR, Appellant.**

**WD 80715**

Missouri Court of Appeals,
Western District.

Filed: February 6, 2018

Paul Rannabargar, St. Joseph, Appellant Pro Se.

Douglas M. Tschaudler, St. Joseph for respondent.

Before Division Two: James E. Welsh, P.J., and Alok Ahuja and Anthony Rex Gabbert, JJ.

**ORDER**

PER CURIAM: .

Paul Rannabargar appeals from a judgment entered by the Circuit Court of De-Kalb County, which denied his motion to set aside a judgment entered in dissolution proceedings involving Rannabargar and his ex-wife Marsha Rannabargar. Rannabargar sought to set aside the dissolution judgment under Supreme Court Rule 74.05(d), based on his characterization of

the dissolution judgment as a default judgment. The circuit court concluded, however, that because Rannabargar answered his ex-wife's dissolution petition, and otherwise defended the dissolution action, the dissolution judgment was not a default judgment. It accordingly denied Rannabargar's motion to set the dissolution judgment aside. We affirm. Because a published opinion would have no precedential value, we have provided the parties an unpublished memorandum setting forth the reasons for this order. Rule 84.16(b).